1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                      * * *

9    UNITED STATES OF AMERICA,          )
                                        )
10            Plaintiff,                 )
                                        )
11   vs.                                )        2:11-cr-331-PMP-CWH
                                        )
12   SCOTT DAVID WEST,                  )
                                        )
13            Defendant.                 )               **ORDER**
                                        )

14

15        The court having granted Jason F. Carr's sealed "Motion to Withdraw the Federal Public

16   Defender as Counsel" (#15) on October 31, 2011, and good cause appearing;

17        IT IS HEREBY ORDERED that Phillip Brown, Esq. is appointed as counsel for Scott David

18   West in place of the Federal Public Defender for all future proceedings.

19        IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to

20   Mr. Brown forthwith.

21        DATED this 31st day of October, 2011.

22

23                                                _____
                                                  C.W. Hoffman, Jr.
24                                                United States Magistrate Judge

25

26

27

28